# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Joan D. Stewart,** | Bankruptcy No. 16-22902 |
| **Debtor**. | Honorable Pamela S. Hollis |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #24)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on March 28, 2017.

Dated: March 28, 2017

**Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **Joan D. Stewart,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

# ECF SERVICE LIST

**Registrants**
(Service via ECF)

- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Gloria M Longest**   glongest@cbcast.com, glongst@cbcast.com.gov

# MANUAL SERVICE LIST

| | |
|---|---|
| Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Walmart Master Card) Pob 41067 Norfolk, Va 23541 | Capital One Na C/O Becket And Lee Llp Po Box 3001 Malvern Pa 19355-0701 |
| Department Store National Bank C/O Quantum3 Group Llc Po Box 657 Kirkland, Wa 98083-0657 | Sterling Jewelers Inc. C/O Five Lakes Agency, Inc. P.O. Box 80730 Rochester, Mi 48308-0730 |
| Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Quantum3 Group Llc Po Box 788 Kirkland, Wa 98083-0788 |
| Sprint Attn Bankruptcy Dept Po Box 7949 Overland Park Ks 66207-0949 | American Infosource Lp As Agent For Td Bank, Usa Po Box 248866 Oklahoma City, Ok 73124-8866 |
| Citibank, N.A. C/O Quantum3 Group Llc Po Box 280 Kirkland, Wa 98083-0280 | Internal Revenue Service P.O. Box 7346 Philadelphia, Pa 19101-7346 |
| Us Dept Of Education Claims Filing Unit Po Box 8973 Madison Wi 53708-8973 | Jackie Lee 2902 Stonecreek Drive Joliet, IL 60435 |
| Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | |